UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ALICIA ADAMS, et al.,<br><br>　　Plaintiffs<br><br>v.<br><br>JEREMY FOX, et al.,<br><br>　　Defendants | Case No.: 2:23-cv-00474-APG-BNW<br><br>**Order Accepting Report and Recommendation**<br><br>[ECF Nos. 28, 45] |

　　On March 25, 2024, Magistrate Judge Weksler recommended that I grant in part and deny in part defendants Crystal Eller and Crystal Eller Esq.'s (Eller Defendants) motion for costs and order the plaintiffs to pay the Eller Defendants $1,929.96 within 30 days from March 25. ECF No. 45.  No one objected.  Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)).

　　I THEREFORE ORDER that Magistrate Judge Weksler's report and recommendation (ECF No. 45) is accepted.  The Eller Defendants' motion for costs (ECF No. 28) is granted in part and denied in part as set forth in Judge Weksler's report and recommendation.

　　I FURTHER ORDER that the plaintiffs shall pay the Eller Defendants $1,929.96 by April 26, 2024.

　　DATED this 10th day of April, 2023.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE